NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1201

CHARLES JENKINS AND SONQUEZ JENKINS

VERSUS

SAFEWAY INSURANCE COMPANY, ET AL.

**********

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2002-4004-A
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge,  John D. Saunders, and Arthur J. Planchard,* Judges.

AFFIRMED IN PART; REVERSED IN PART; MODIFIED IN PART

Keith Michael Borne
Borne, Wilkes & Brady
P. O. Box 4305
Lafayette, LA 70502-4305
(337) 232-1604
Counsel for: Defendant/Appellant
        Safeway Insurance Company

_____
* Judge Arthur J. Planchard, Jr., Retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge *Pro Tempore.*

**Silas O'Neal  Jr.**
**Attorney at Law**
**P. O. Drawer 1649**
**Marksville, LA 71351**
**(318) 240-9500**
**Counsel for: Plaintiff/Appellee**
  **Charles Jenkins**
  **Shonquez Jenkins**